■ RADON CONSTRUCTION CORP., Appellant, v BANK OF NEW YORK, Respondent, et al., Defendants. [653 NYS2d 868] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Collins, J.), dated December 1, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Collins at the Supreme Court. Copertino, J. P., Sullivan, Pizzuto and Krausman, JJ., concur.